# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  LAKESHA M. THOMPSON                              Case Number: 08-70353
606 N. HORACE AVE.                SSN-xxx-xx-1897
ROCKFORD, IL  61101

Case filed on: 2/12/2008
Plan Confirmed on: 4/18/2008

C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan: $1,080.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 3,000.00 | 3,000.00 | 663.08 | 0.00 |
|  | Total Legal | 3,000.00 | 3,000.00 | 663.08 | 0.00 |
| 999 | LAKESHA M. THOMPSON | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | BEVERLY A THOMPSON | 4,822.80 | 4,822.00 | 120.16 | 0.00 |
| 002 | CHASE 8 INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | CHASE HOME FINANCE LLC | 9,529.29 | 207.28 | 207.28 | 0.00 |
|  | Total Secured | 14,352.09 | 5,029.28 | 327.44 | 0.00 |
| 004 | AT&T PHONE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ACCOUNT RECOVERY SERVICES | 47.49 | 47.49 | 0.00 | 0.00 |
| 006 | ACE AMERICA'S CASH EXPR | 1,761.16 | 1,761.16 | 0.00 | 0.00 |
| 007 | ALLIED BUSINESS ACCOUNTS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | ALW SOURCING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | JEFFERSON CAPITAL SYSTEMS, LLC | 1,139.61 | 1,139.61 | 0.00 | 0.00 |
| 010 | ASSET ACCEPTANCE CORP | 279.35 | 279.35 | 0.00 | 0.00 |
| 011 | COMED CO | 626.15 | 626.15 | 0.00 | 0.00 |
| 012 | CREDITORS PROTECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | JEFFERSON CAPITAL SYSTEMS, LLC | 85.62 | 85.62 | 0.00 | 0.00 |
| 014 | FEATHERSTONE CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | FORECLOSURE SOLUTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | GLENWOOD CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | GLOBAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | MARLIN INTGRATED CAPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | PORTFOLIO RECOVERY ASSOCIATES | 604.07 | 604.07 | 0.00 | 0.00 |
| 021 | MUTUAL MANAGEMENT SERVICES | 1,210.23 | 1,210.23 | 0.00 | 0.00 |
| 022 | MUTUAL MANAGEMENT SERVICES | 1,138.56 | 1,138.56 | 0.00 | 0.00 |
| 023 | NCO FINANCIAL SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | NCO - MARLIN | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | NICOR GAS COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | RMH PATHOLOGISTS LTD | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | ROCKFORD ANESTHESIOLOGISTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | ROCKFORD HEALTH SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | ROCKFORD MERCANTILE AGENCY INC | 2,575.22 | 2,575.22 | 0.00 | 0.00 |
| 030 | ROCKFORD ORTHOPEDIC ASSOCIATES LTD | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | ROCKFORD WATER DEPARTMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | SEVENTH AVENUE | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | MUTUAL MANAGEMENT SERVICES | 1,195.39 | 1,195.39 | 0.00 | 0.00 |
| 034 | TORRES CREDIT SERVICES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | US DEPARTMENT OF EDUCATION | 29,895.40 | 29,895.40 | 0.00 | 0.00 |
| 036 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | US DEPARTMENT OF EDUCATION | 13,098.13 | 13,098.13 | 0.00 | 0.00 |
| 038 | JEFFERSON CAPITAL SYSTEMS, LLC | 227.68 | 227.68 | 0.00 | 0.00 |
| 039 | PORTFOLIO RECOVERY ASSOCIATES | 875.06 | 875.06 | 0.00 | 0.00 |
| 040 | B-REAL LLC | 673.71 | 673.71 | 0.00 | 0.00 |
|  | Total Unsecured | 55,432.83 | 55,432.83 | 0.00 | 0.00 |
|  | Grand Total: | 72,784.92 | 63,462.11 | 990.52 | 0.00 |

Total Paid Claimant:      $990.52
Trustee Allowance:         $89.48
Percent Paid Unsecured:     0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_

# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on <u>03/26/2009</u>          By  <u>/s/Heather M. Fagan</u>